# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**THOMAS BERNARD, #18200-043**,

    *Petitioner*,

v.

**WARDEN "UNKNOWN" GOLBERT**,

    *Respondent*.

CAUSE NO. 3:23-CV-29-CWR-ASH

## FINAL JUDGMENT ADOPTING REPORT & RECOMMENDATION

Having reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause, and having adopted the same as the opinion of this Court, the Court finds that the same entire action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED AND ADJUDGED** that that this action is dismissed with prejudice.

**SO ORDERED,** this the 10th day of October, 2025.

                                                  s/ Carlton W. Reeves
                                                  UNITED STATES DISTRICT JUDGE